FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMANDA K. FLAHERTY, | ) | Case No.  2:21-CV-01694-KJN |
| | ) | |
|     Plaintiff | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER FOR AWARD OF** |
| v. | ) | **COSTS PURSUANT TO** |
| | ) | **28 U.S.C. § 1920.** |
| KILOLO KIJAKAZI, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded costs in the amount of FOUR HUNDRED and TWO dollars and ZERO cents ($402.00) under 28 U.S.C. § 1920.

    The check for costs shall be made payable to Amanda K. Flaherty and sent by U.S. Mail to Jacqueline A. Forslund, Forslund Law LLC, P.O. Box 4476, Sunriver OR  97707.

                                                   Respectfully submitted,

Date:  September 8, 2022              JACQUELINE A. FORSLUND
                                                      Attorney at Law


                                                        */s/Jacqueline A. Forslund*
                                                        JACQUELINE A. FORSLUND
                                                       Attorney for Plaintiff

Date: September 8, 2022

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/Geralyn Gulseth for Patrick Snyder*
GERALYN GULSETH FOR PATRICK SNYDER
Special Assistant United States Attorney
\*By email authorization
Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED

Dated: September 12, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Flaherty v. Kijakazi        Stipulation and Proposed Order    E.D. Cal. 2:21-cv-00-1694-KJN